UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARED POLITES, an individual<br><br>      Plaintiff,<br><br>vs.<br><br>ALCHEMY FINANCE, INC., a Delaware Corporation; ALCHEMY COMPANY, LIMITED, a Hong Kong private limited company; ALCHEMYCOIN TECHNOLOGY, LIMITED, a Hong Kong private limited company; SHENG-WENG CHENG, an individual; CHEN-HSING FAN, an individual; and Does 1-20,<br><br>      Defendants. | Case No: 1:19-cv-03862-GHW<br><br>Hon. Gregory H. Woods |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jared Polites, by and through undersigned counsel, hereby voluntarily dismisses the above-identified action and all claims asserted therein with prejudice, pursuant to a settlement agreement between the parties.

Dated: September 6, 2019

XNOVO LEGAL, P.C.

By:_____

Theodore Christian Sieving, Esq.
235 E Broadway #800
Long Beach, CA 90802
(734) 730-6831
ted@xnovo.legal
*Attorney for Plaintiff*

1